### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AARON QUINN KLEIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | Case No. CIV-13-565-F |
| ) | |
| TOM COLBERT, et al., ) | |
| ) | |
| ) | |
| Respondents. ) | |

### ORDER

On September 17, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, wherein he recommended that the above-captioned action be dismissed without prejudice for petitioner's failure to pay the filing fee, failure to apply to proceed without paying the filing fee, and failure to comply with the court's orders. Magistrate Judge Erwin advised petitioner of his right to file an objection to the Report and Recommendation by October 4, 2013 and that failure to make timely objection waives the right to appellate review of both factual and legal issues addressed.

To date, petitioner has not filed an objection to the Report and Recommendation and has not sought an extension of time to file an objection. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on September 17, 2013 (doc. no. 6) is **ACCEPTED**,

**ADOPTED** and **AFFIRMED**.  The above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

DATED October 21, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0565p001.wpd